DANIEL G. BOGDEN
United States Attorney
DREW SMITH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 South Las Vegas Blvd., Ste. 5037
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) Case No: 2:10-cr-565-RLH-PAL |
| v. | ) <br>) **GOVERNMENT'S MOTION TO**<br>) **UNSEAL SEARCH WARRANT** |
| **ANDREW KAUFMAN,** | ) **AND SEARCH WARRANT**<br>) **AFFIDAVIT** |
| Defendant. | )<br>) |

**GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANTS AND AFFIDAVIT**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Drew Smith, Assistant United States Attorney, District of Nevada; and respectfully moves this Honorable Court for an Order to **UNSEAL** the search warrants for 7868 PALACE MONACO AVE LAS VEGAS, NV and for THE PERSON OF ANDREW KAUFMAN, and the accompanying affidavits, that were approved by this Court on October 29, 2010.

DATED this 30th day of November, 2010.

                                              Respectfully submitted,
                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/ Drew Smith*
                                              DREW SMITH
                                              Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
DREW SMITH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 South Las Vegas Blvd., Ste. 5037
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                            )<br>                        Plaintiff,           )   Case No:  2:10-cr-565-RLH-PAL<br>                                                            )<br>        v.                                                )   **GOVERNMENT'S MOTION TO**<br>                                                            )   **UNSEAL SEARCH WARRANT**<br>ANDREW KAUFMAN,                        )   **AND SEARCH WARRANT**<br>                                                            )   **AFFIDAVIT**<br>                        Defendant.         )<br>_____)  | |

**ORDER UNSEALING SEARCH WARRANTS AND AFFIDAVIT**

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the search warrants for the 7868 PALACE MONACO AVE LAS VEGAS, NV and THE PERSON OF ANDREW KAUFMAN, and the accompanying affidavits that were approved by this Court on October 29, 2010, shall be unsealed.

DATED this 1st day of December, 2010.

UNITED STATES MAGISTRATE JUDGE